THE STATE OF OHIO, APPELLANT, *v.* MILLER, APPELLEE.

[Cite as *State v. Miller,* 104 Ohio St.3d 243, 2004-Ohio-6393.]

(No. 2003–0820—Submitted October 13, 2004—Decided December 8, 2004.)

_____

{¶ 1} The judgment of the court of appeals is reversed and the cause is remanded to the trial court for resentencing consistent with *State v. Jordan,* 104 Ohio St.3d 21, 2004-Ohio-6085, 817 N.E.2d 864,.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

_____

William D. Mason, Cuyahoga County Prosecuting Attorney, and Lisa Reitz Williamson, Assistant Prosecuting Attorney, for appellant.

Robert L. Tobik, Cuyahoga County Public Defender, and John T. Martin, Assistant Public Defender, for appellee.